UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PIERRE,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>396 Deli Grocery Inc., and<br>GH 396 7 Ave, LLC a/k/a 396 7 Ave, LLC,<br><br>　　　　　　　　　　Defendants. | **STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE**<br><br>Civil Case No.: 1:24-cv-4421-PKC-JRC |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Jocelyn Pierre and Defendants GH 396 7 Ave, LLC a/k/a 396 7 Ave, LLC, and 396 Deli Grocery Inc. by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees, except as otherwise privately agreed between the parties.

Dated: New York, New York
　　　　July 15, 2025

**THE MARKS LAW FIRM, P.C.**

By: _____
　　Darren R. Marks, Esq.
　155 East 55th Street, Suite 4H
　New York, NY 10022
　Telephone: (646) 960-7820
　Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**EUSTACE, EPSTEIN**
**PREZIOSO & YAPCHANYK**

By: _____
　　Anthony J. Tomari, Esq.
　Eustace, Prezioso, Yapchanyk & Yang
　550 Madison Avenue, 10th Floor
　New York, NY 10022
　Tel: 212-612-4035
　Email: atomari@eustacelaw.com
*Attorneys for GH 396 7 Ave, LLC a/k/a 396 7 Ave, LLC*

**DAVIS, NDANUSA**
**IKHLAS & SALEEM LLP**

By: _____
　　Muhammad Ikhlas, Esq.
　26 Court Street, Suite 603
　Brooklyn, NY 11242
　Tel. (646) 205-3218
　Email: mikhlas@dnislaw.com
*Attorneys for 396 Deli Grocery Inc.*